# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-0873
Lower Tribunal No. F09-8184A

————————

**Louis Bradshaw,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Louis Bradshaw, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Sosataquechel v. State, 307 So. 3d 147, 153 (Fla. 3d DCA 2020) (affirming trial court's denial of appellant's postconviction motion alleging ineffective assistance of counsel where evidence presented at evidentiary hearing did not support viable self-defense claim); Sinclair v. State, 352 So. 3d 943, 944 (Fla. 2d DCA 2022) ("The appellate court will uphold a trial court's ruling on a motion for postconviction relief after an evidentiary hearing if the trial court's findings are supported by competent, substantial evidence.").